# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. SHUFELT,<br><br>                         Plaintiff,<br><br>v.<br><br>J. SILVA, M.D., et al.,<br><br>                        Defendants. | Case No.: 17cv1652-LAB (RBM)<br><br>**ORDER OF DISMISSAL** |

      The Court dismissed the complaint without prejudice, and directed Plaintiff George Shufelt, if he thought he could successfully amend, to seek leave to do so. If he did not seek leave to amend, the Court cautioned, it would be construed as his admission that he cannot successfully amend and the case would be dismissed without leave to amend. (*See* Docket no. 37 at 11:7–10.)

      The deadline for Shufelt to seek leave to amend has passed. He has not sought leave to amend, nor has he filed anything. The Court construes this as his admission that he cannot successfully amend.

/ / /

/ / /

/ / /

This action is therefore **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the docket.

**IT IS SO ORDERED**.

Dated: August 20, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge